# EXHIBIT 4

# U.S. Patent No. 7,771,973
# Claim 13
# Infringement Analysis

| '973 Claim Language | Infringement Support |
|---|---|
| **1.** A method for determining the sequence of a target single-stranded polynucleotide, comprising | To the extent the preamble is considered a claim limitation, the DNBSEQ products perform a method of determining the sequence of a target single-stranded polynucleotide.<br><br>CoolMPS™<br>This is confirmed by a February 20, 2020 bioRxiv Preprint article titled *CoolMPS™: Advanced massively parallel sequencing using antibodies specific to each natural nucleobase*, (Ex. 52) authored by BGI employees, which outlines Defendants' CoolMPS™ technology. The article explains that "MGI's MPS platform" includes a "process [which] generates single-stranded (ss) DNA branches complementary to original DNBs and still bound to DNBs through regions that are not displaced (Fig. 3)." *Id.* at 4. The articles goes on to explain that "[t]he resulting 'branched DNBs' usually comprise 1-3 template copies per branch, providing more priming sites and stronger signal in the second end-read than in the first end-read." *Id.*<br><br>StandardMPS<br>This is confirmed by, for example, the DNBSEQ-T7 Brochure (Ex. 55), which states that the product "makes sequencing more efficient and productive" and shows a single-stranded polynucleotide as forming the "DNA Nanoball" that is then sequenced. This is also confirmed by the Webinar found on Defendants website, which explains the use of single-stranded DNA to form the library of DNA that forms the "DNA Nanoball" that is sequenced by the DNBSEQ products. *See* https://en.mgitech.cn/resource/webinars_info/id/6. On information and belief, the method used with DNBSEQ-T7 is representative of the standardMPS used with DNBSEQ products. |
| monitoring the sequential incorporation of complementary nucleotides, | Defendants' DNBSEQ sequencing products involve incorporation of nucleotides.<br><br>CoolMPS™<br>This is confirmed by a February 20, 2020 bioRxiv Preprint article titled *CoolMPS™: Advanced massively parallel sequencing using antibodies specific to each natural nucleobase*, (Ex. 52) authored by BGI employees, which outlines Defendants' CoolMPS™ technology. The article explains that in Defendants' CoolMPS™ system "[i]ncorporation of unlabeled reversibly terminated nucleotides, and base determination, is performed in each cycle of sequencing using |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

|  | base-specific 3' block-dependent fluorescently labeled antibodies. Removal of the bound antibodies and 3' blocking moiety on the sugar group of the nucleotide regenerates natural nucleotides with no scar on the base." *Id.* at 2. The article further contains this schematic, which shows the stepwise sequential incorporation of complementary nucleotides (step 1) that are monitored (step 3) in order to determine the sequence of the target DNA:<br><br><br><br>*Id.*<br><br>StandardMPS<br>This is confirmed by the Webinar found on Defendants website, which explains the use of single-stranded DNA to form the library of DNA that forms the "DNA Nanoball" that is sequenced by the DNBSEQ products. *See* https://en.mgitech.cn/resource/webinars_info/id/6. On information and belief, this Webinar explains the standardMPS used with DNBSEQ products. |
| --- | --- |
| wherein at least one incorporation is of a nucleotide having a removable 3′-OH blocking group covalently attached thereto, such that the 3′ carbon atom has attached a | Defendants' standardMPS and CoolMPS™ chemistry used in the DNBSEQ products contain nucleotides with a 3'-O-azidomethyl blocking group.<br><br>CoolMPS™<br>This is confirmed by a February 20, 2020 bioRxiv Preprint article titled *CoolMPS™: Advanced massively parallel sequencing using antibodies specific to each natural nucleobase*, (Ex. 52) authored by BGI employees, which outlines Defendants' CoolMPS™ technology. The article |

| | |
|---|---|
| group of the structure<br><br>—O—Z<br><br>wherein Z is any of allyl, —$C(R')_2$—$N_3$, —$C(R^{IV})_2$—O—R″, —$C(R')_2$—$N(R'')_2$, —$C(R')_2$—N(H)R″, or —$C(R^{IV})_2$—S—R″,<br><br>wherein —$C(R^{IV})_2$—O—R″ is of the formula —$CR^4(R^5)$—O—$CR^4(R^5)$—$OR^6$ or of the formula —$CR^4(R^5)$—O—$CR^4(R^5)$—$SR^6$;<br><br>and wherein —$C(R^{IV})_2$—S—R″ is of the formula —$CR^4(R^5)$—S—$CR^4(R^5)$—$OR^6$ or of the formula —$CR^4(R^5)$—S—$CR^4(R^5)$—$SR^6$;<br><br>each R″ is or is part of a removable protecting group;<br><br>each R′ is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group; or $(R')_2$ | explains that the CoolMPS™ platform "use[s] nucleotides with a 3'-O-azidomethyl blocking group." *Id.* at 5. The article discloses that "[a]ll four antibodies produce strong signal (400-600 counts) when the [3'-O-azidomethyl] blocking group was present during antibody binding. In cycle 4 onward, each cycle had a cleavage step before antibody binding. No signal detection was evident after removal of the 3'[-O-azidomethyl] blocking group suggesting that in addition to the base this chemical moiety is important for strong antibody binding potentially preventing antibody to bind to other target bases in DNA." *Id.*<br><br>The same article further explains that the antibodies were isolated by immunization with "natural unlabeled adenosine, cytosine, guanosine and thymidine, monophosphate nucleotides with a 3'-O-azidomethyl blocking group (Fig. 2)." Figure 2, shown below, shows the azdiomethyl group (annotated in red), which, on information and belief, is the blocking group used on the nucleotides used on the CoolMPS™ platform in addition to being used in the immunization process:<br><br><br>Figure 2: Example structure of the immunogen used to generate rabbit monoclonal antibodies. The NHS ester was first reacted with the KLH protein before immunization.<br><br>*Id.* at 3 (annotated).<br><br>StandardMPS<br>This is confirmed by testing performed on Defendants' products. Illumina obtained a sample vial of BGI's kit labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100," which on information and belief contains standardMPS nucleotides used in the performance of nucleic acid sequencing with products. That sample was tested, and the results are contained in two reports attached as Exs. 53 and 54.<br><br>To confirm the presence of the azido moiety, the nucleotides were subjected to a highly specific copper(I) catalyzed reaction with an alkyne group linked to an agarose bead, as set forth below: |

| | |
|---|---|
| represents an alkylidene group of formula $=C(R''')_2$ wherein each $R'''$ may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups;<br><br>each $R^4$ and $R^5$ is independently a hydrogen atom or an alkyl group; and<br><br>$R^6$ is alkyl, cycloalkyl, alkenyl, cycloalkenyl or benzyl, | |
| | When the reaction is performed, any dNTPs containing an azido group will become covalently linked to alkyne group, the latter of which linked to an agarose bead that is immobilized on the resin of the reaction vessel. To the extent azido-containing dNTPs are present, a fluorescent signal will then be observable on the resin of the reaction vessel. As shown below, performance of this reaction with the BGI dNTPs confirmed yielded an observable signal, thus confirming the presence of the azido group: |

4



Additional testing further confirms that the BGI Kit contains nucleotides comprising removable 3′-OH blocking group covalently attached thereto, such that the 3′ carbon atom has attached a group of the structure "—O—Z" where Z is an azidomethyl group.  The labelled dNTPs from the BGI Kit were tested alongside a rhodamine-type dye-labelled nucleotide analog having a 3-O-azidomethyl group that was developed by Illumina ("Illumina dNTP") with the following structure:

| | |
|---|---|
| | [Chemical structure diagram of a labelled dNTP showing a rhodamine-like fluorophore with two sulfonate groups linked through an amide, ethylenediamine, benzamide, azido-containing linker, and propargyl-amine to a pyrimidine base attached to a deoxyribose triphosphate with a 3′-O-azidomethyl group.]<br><br>Liquid chromatography/mass spectrometry/mass spectrometry analysis of the BGI Kit's labelled dNTPs and the Illumina dNTP revealed that (1) the BGI Kit's solution of labelled dNTPs contained four different dNTPs, and (2) one of those dNTPs possessed the same chemical structure as the Illumina dNTP. Thus, because the Illumina dNTP has a removable 3′-OH blocking group covalently attached thereto, such that the 3′ carbon atom has attached a group of the structure "—O—[an azidomethyl group (Z)]", the same is true of the BGI dNTP. |
| and wherein the blocking group is removed prior to introduction of the next complementary nucleotide. | Defendants' DNBSEQ products involve the removal of the blocking group prior to the incorporation of the next nucleotide.<br><br>CoolMPS™<br>This is confirmed by a February 20, 2020 bioRxiv Preprint article titled *CoolMPS™: Advanced massively parallel sequencing using antibodies specific to each natural nucleobase*, (Ex. 52) authored by BGI employees, which outlines Defendants' CoolMPS™ technology. The article explains that in the CoolMPS™ system "[i]ncorporation of unlabeled reversibly terminated nucleotides, and base determination, is performed in each cycle of sequencing using base-specific 3' block-dependent fluorescently labeled antibodies. Removal of the bound antibodies and 3' blocking moiety on the sugar group of the nucleotide regenerates natural nucleotides with no scar on the base." *Id.* at 2. The article further contains this schematic, which shows the removal of the |

| | |
|---|---|
| | blocking group in the fourth step prior to the cycle being repeated with the addition of the next complementary nucleotide:  *Id.* StandardMPS This is confirmed by the Webinar found on Defendants website, which explains the process of detecting the nucleotide before unblocking the DNA in order for a further nucleotide to be added and detected. *See* https://en.mgitech.cn/resource/webinars_info/id/6. On information and belief, this Webinar explains the standardMPS used with DNBSEQ products. |
| **13.** The method of claim 1 wherein Z is an azidomethyl group. | As discussed above, this limitation is met because Defendants' standardMPS and CoolMPS™ chemistry used in the DNBSEQ products contain nucleotides with a 3'-O-azidomethyl blocking group. CoolMPS™ As discussed above, this is confirmed by a February 20, 2020 bioRxiv Preprint article titled *CoolMPS™: Advanced massively parallel sequencing using antibodies specific to each natural nucleobase*, (Ex. 52) authored by BGI employees, which outlines Defendants' CoolMPS™ technology. The article explains that the CoolMPS™ platform "use[s] nucleotides with a 3'-O- |

7

|  | azidomethyl blocking group." *Id.* at 5.<br><br>The same article further explains that the antibodies were isolated by immunization with "natural unlabeled adenosine, cytosine, guanosine and thymidine, monophosphate nucleotides with a 3'-O-azidomethyl blocking group (Fig. 2)." Figure 2, shown below, shows the azdiomethyl group (annotated in red), which, on information and belief, is the blocking group used on the nucleotides used on the CoolMPS™ platform in addition to being used in the immunization process:<br><br>**Figure 2:** Example structure of the immunogen used to generate rabbit monoclonal antibodies. The NHS ester was first reacted with the KLH protein before immunization.<br><br>*Id.* at 3 (annotated).<br><br>StandardMPS<br>As discussed above, this is confirmed by testing performed on Defendants' products. Liquid chromatography/mass spectrometry/mass spectrometry analysis of the BGI Kit's labelled dNTPs and the Illumina dNTP revealed that (1) the BGI Kit's solution of labelled dNTPs contained four different dNTPs, and (2) one of those dNTPs possessed the same chemical structure as the Illumina dNTP. Thus, because the Illumina dNTP has a removable 3′-OH blocking group covalently attached thereto, such that the 3′ carbon atom has attached a group of the structure "—O—[an azidomethyl group (Z)]", the same is true of the BGI dNTP. |
|---|---|