| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David Bilsker (Bar No. 152383)<br>  davidbilsker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>FACSIMILE: (415) 875-6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Kevin P.B. Johnson (Bar No. 177129)<br>  kevinjohnson@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>FACSIMILE: (650) 801-5100<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Anne S. Toker (*pro hac vice* pending)<br>  annetoker@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone: (212) 849-7000<br>FACSIMILE: (212) 849-7100<br><br>Attorneys for Defendants MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC. | Katie J.L. Scott (Cal. Bar No. 233171)<br>Email address: katie.scott@arnoldporter.com<br>Joshua Seitz (Cal Bar No. 325236)<br>Email address: joshua.seitz@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Building 5, Suite 500<br>Palo Alto, California 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Matthew M. Wolf (to be admitted *pro hac vice*)<br>matthew.wolf@arnoldporter.com<br>Jennifer Sklenar* (Cal. Bar. No. 200434)<br>jennifer.sklenar@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>*Admitted in NY and CA only; practice limited to matters before federal courts and federal agencies<br><br>Attorneys for Defendants<br>BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC. and COMPLETE GENOMICS, INC.<br><br>        Defendants. | Case No. 3:20-cv-01465-WHO<br><br>**DECLARATION OF DR. RADOJE DRMANAC IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL SUBMISSION IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

I, Radoje (Rade) Drmanac, declare as follows:

1. I have personal knowledge of the facts stated herein. I could and would testify that the following facts are true and correct, to the best of my knowledge, if called upon to do so.

2. I am currently employed by Complete Genomics, Inc. ("CGI") as Chief Scientific Officer and serve the same role at MGI Tech. I co-founded CGI in 2006. My responsibilities as Chief Scientific Officer include participating in the development of our products, including designing them and coming up with solutions to problems as they arise. I am very involved in this work and am always thinking about how to improve our products. I am a research scientist and inventor in the field of genome sequencing including techniques such as DNA sequencing-by-hybridization (SBH), genomic micro and nanoarrays, combinatorial probe ligation, and long fragment read (LFR) process for accurate whole genome sequencing and haplotyping from 10 human cells.

3. I earned my Ph.D. in molecular biology for the conception and pioneering development of SBH technology from Belgrade University, where I also received B.S. and M.S. degrees in molecular biology. I completed my postdoctoral studies in 1990 in Hans Lehrach's group at the Imperial Cancer Research Fund in London.

4. In 1994, I co-founded Hyseq (later Nuvelo) where, as chief scientific officer, I led the effort to discover thousands of genes that formed the basis of Nuvelo's drug development pipeline.

5. Prior to Hyseq, I was a group leader at Argonne National Labs from 1991 to 1994 as part of the Department of Energy's Human Genome Project.

6. I developed the technology known as "CoolMPS" ("MPS" stands for "Massively Parallel Sequencing"), a novel chemistry that involves the use of unlabeled ("cold") nucleotides, along with nucleotide-specific antibodies that are fluorescently labeled, to carry out rapid, efficient, and accurate sequencing of polynucleotides.

7. I have been heavily involved in the work we have done to determine the most efficient way to remove the labeled antibodies during each cycle in CoolMPS. This problem was challenging for us and took a considerable amount of work to solve. We have developed a highly efficient method of removal that I describe in more detail below.

1

8. CoolMPS has had a limited release as a commercial product in multiple countries outside the United States. The product for the United States operates in the same manner.

9. This commercial product includes a step in which blocked nucleotides are added into the reaction mixture flowed over the DNA array before the block has been removed from the previously incorporated nucleotide. I present an overview of the relevant method steps below.

10. First, a primer is added that anneals to the target nucleic acid. All four types of nucleotides (A, C, G, T), unlabeled and blocked on the 3'OH, are added to the reaction mixture as shown below.



11. One of the unlabeled, blocked nucleotide will be incorporated at the end of the primer, and the remaining nucleotides will be washed away:



12. Then four different types of fluorescently labeled antibodies are added to the system, where each antibody will bind to a specific one of the four blocked nucleotides (A or C or G or T)

- 2 -

and each is labeled differently. The fluorescently labeled antibody specific to the incorporated nucleotide will bind to that nucleotide:



13. Then the remaining fluorescently labeled antibodies are washed away and the DNA array is imaged to determine which fluorescently labeled antibody has bound to the growing polynucleotide chain:



14. At this point in the process, it is important to remove the fluorescently labeled antibody from the system efficiently. Otherwise, it is not possible to obtain an accurate image of the next nucleotide along the chain because the signal from the fluorescently labeled antibody bound to the prior nucleotide would interfere with the signal from the subsequent fluorescently labeled antibody bound to the next nucleotide to be incorporated into the growing chain. Moreover, the process of cleaving a fluorescent label that is covalently bound to a nucleotide in standard MPS leaves a "scar" or an additional chemical structure on the nucleotide that can interfere with future rounds of incorporation and labeling and diminish the accuracy and efficiency of the process.

15. In a February 19, 2020 *bioRxiv* paper describing CoolMPS, we discussed various methods to carry out removal of the fluorescently labeled antibodies bound to the growing polynucleotide chain. Dkt. 118-16 (Ex. D16) at 5. We noted that "[c]omplete removal of the bound antibodies after imaging and before the next cycle of nucleotide incorporation is important for high quality sequencing." *Id.*

16. We further noted that "[w]e also found that including unlabeled RTs in the removal buffer speeds up the dissociation." *Id.* In the paper, the abbreviation "RT" stands for "reversibly terminated nucleotides," meaning unlabeled blocked nucleotides. *See id.* at Abstract. We decided to use this method of fluorescent antibody removal in the commercial product. I explain how addition of unlabeled blocked nucleotides to the system before we deblock the last incorporated nucleotide efficiently removes the fluorescently labeled antibodies below.

17. Addition of unlabeled blocked nucleotides into solution that are the same as the incorporated blocked nucleotide bound to the fluorescently labeled antibody compete for the antibody. As a result of the reaction kinetics, the nucleotides in solution attract the antibody, along with its fluorescent labels, away from the blocked nucleotide that is incorporated in the growing polynucleotide chain:

18. Then the fluorescently labeled antibodies, bound to the unlabeled blocked nucleotides that were added into the solution by flowing them over the array are washed away:



19. The last step in the cycle then involves removing the 3'OH block from the unlabeled nucleotide incorporated at the end of the growing polynucleotide chain:



20. Once the block has been removed, the cycle repeats.

21. The customer has no control over this process and is not provided with any instructions that would allow the customer to skip the important step of adding unlabeled blocked nucleotides to the solution that flows over the array to remove the antibody from the nucleotide that has become part of the growing polynucleotide chain. Furthermore, skipping this step would not result in accurate sequence data because other steps are adjusted based on the added efficiencies resulting from this step, *e.g.*, we use a shorter deblocking time. This entire part of the process is a black box to the customer who neither has visibility into the details of the steps nor can alter them. The customer is not provided with any choice in the sequence of steps in each cycle.

22. The ability to enter the United States market and to be able to provide our CoolMPS reagents, along with BGI sequencers, to run CoolMPS, for example to key opinion leaders ("KOLs"), is important to the development and acceptance of CoolMPS worldwide.

23. The United States has some of the leading researchers and research institutions in the world. The ability to have these world-renowned scientists use our reagents and run our machines to generate data for their research provides us with invaluable feedback that we implement as improvements to our chemistry and instruments on an ongoing basis. There are insights that we might gain even over the course of the next year that we will lose, if we are not permitted to proceed with these collaborations. I do not consider scientists and research groups throughout the world to be fungible. Because ideas and research projects that scientists in the United States are working on can be, and frequently are, different from projects that other scientists are working on in other parts of the world, excluding U.S. scientists from evaluating CoolMPS will slow down its development and could lead to a product which is not as robust as it might otherwise be. This will likely set back the development of our technology worldwide.

24. Moreover, the ability of key scientists in the United States to evaluate our CoolMPS product furthers development outside the United States because some researchers in other countries will not take on new technology until scientists from the United States give it a stamp of approval.

25. In short, if we cannot sell CoolMPS in the United States now, if we are able to offer it later in the United States it will likely not be as robust and versatile, and the public in this country may not get the best possible product we could offer. The same is true of the public in other countries.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2020

By: _____
Radoje Drmanac, Ph.D.