Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

1

2

3

ILLUMINA, INC., et al.                                    )
                                                          )   Case No: 3:20-cv-01465
4                              Plaintiff(s),              )
                                                          )   **APPLICATION FOR**
5              v.                                         )   **ADMISSION OF ATTORNEY**
                                                          )   **PRO HAC VICE**
6    BGI GENOMICS CO., LTD., et al.                      )   (CIVIL LOCAL RULE 11-3)
                                                          )
7                              Defendant(s).             )
                                                          )
8

9    I, Andrew Peter Gesior                   , an active member in good standing of the bar of
State of New York        , hereby respectfully apply for admission to practice *pro hac vice* in the
10   Northern District of California representing: Illumina Inc. and Illumina Cambridge      in the
above-entitled action. My local co-counsel in this case is Edward R. Reines                  , an
11   attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.
12

13   | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
14   | Weil, Gotshal & Manges LLP, 767 5th Avenue, New York, NY 10153 | Weil, Gotshal & Manges LLP, 201 Redwood Shores Pkwy., Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15   | (713) 546-5000 | (650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16   | andrew.gesior@weil.com | edward.reines@weil.com |

17   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5553425      .
18   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.
19   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20   Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21   ***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  05/28/2020                                      Andrew Peter Gesior
22                                                              APPLICANT

23

24   **ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25   IT IS HEREBY ORDERED THAT the application of Andrew Peter Gesior      is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26   appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27   designated in the application will constitute notice to the party.

28   Dated:

                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Andrew Peter Gesior

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on October 23, 2017, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

May 28, 2020

Clerk of the Court

4058