1  EDWARD R. REINES (Bar No. 135690)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA 94065
   Telephone:  (650) 802-3000
5  Facsimile:  (650) 802-3100

6  DOUGLAS W. MCCLELLAN (*pro hac vice*)
   doug.mcclellan@weil.com
7  MELISSA L. HOTZE (*pro hac vice*)
   melissa.hotze@weil.com
8  AMANDA C. DO COUTO (*pro hac vice*)
   amanda.docouto@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   700 Louisiana Street, Suite 1700
10 Houston, TX 77002
   Telephone: (713) 546-5000
11 Facsimile: (713) 224-9511

12 ANDREW P. GESIOR (*pro hac vice*)
   andrew.gesior@weil.com
13 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
14 New York, NY 10153
   Telephone: (212) 310-8000
15 Facsimile: (212) 310-8007

16
   Attorneys for Plaintiffs
17 ILLUMINA, INC. AND ILLUMINA
   CAMBRIDGE LTD.

DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive # 560
Redwood City, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

ANNE S. TOKER (*pro hac vice*)
annetoker@quinnemanuel.com
JOSEPH MILOWIC III (*pro hac vice*)
josephmilowic@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

DEREK L. SHAFFER (*pro hac vice*)
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100

Attorneys for Defendants
BGI GENOMICS CO, LTD., BGI AMERICAS
CORP., MGI TECH CO., LTD., MGI
AMERICAS, INC., AND COMPLETE
GENOMICS, INC.

18
19
20
21
22
23
24
25
26
27
28

JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE               Case No. 3:20-cv-01465-WHO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLUMINA, INC. ILLUMINA CAMBRIDGE LTD., | Case No. 3:20-cv-01465-WHO |
| Plaintiffs, | **JOINT LETTER REQUESTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | Judge: Honorable William H. Orrick |
| BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS INC., | |
| Defendants. | |

1   Illumina, Inc. and Illumina Cambridge Ltd. ("Plaintiffs") and Defendants BGI Genomics
2 Co. Ltd., BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics,
3 Inc. ("Defendants") (collectively, "the Parties") respectfully request that the Court set a date for the
4 initial case management conference.

5   WHEREAS, this case was filed on February 27, 2020;

6   WHEREAS, the parties filed a Joint Case Management Statement on August 11, 2020 (Dkt.
7 145);

8   WHEREAS, the parties have begun claim construction briefing, including an opening brief
9 that Plaintiffs filed on September 25, 2020, an answering brief that is due from Defendants on
10 October 9, 2020, and a reply brief due from Plaintiffs on October 23;

11   WHERAS, the parties are requesting that the discovery schedule in this case be consolidated
12 with related Case No. 3:19-cv-03770;

13   WHEREAS, the parties have agreed to substantially complete their respective document
14 productions by October 16, 2020;

15   WHEREAS, the parties have proposed competing deadlines for fact and expert discovery;

16   Now therefore, the Parties, through the undersigned counsel, jointly request an initial case
17 management conference at the Court's convenience.

18

19 IT IS SO STIPULATED.

20  Dated: October 8, 2020

21  By:  */s/ Edward R. Reines*           By:  */s/ Joseph Milowic III*

22  Edward R. Reines (Bar No. 135960)           David Bilsker (Bar No. 152383)
    Derek C. Walter (Bar No. 246322)            davidbilsker@quinnemanuel.com
23  Christopher S. Lavin (Bar No. 301702)       QUINN EMANUEL URQUHART &
    Sara L. Townsend (Bar No. 320300)           SULLIVAN, LLP
24  WEIL, GOTSHAL & MANGES LLP                  50 California Street, 22nd Floor
    201 Redwood Shores Parkway                  San Francisco, CA 94111
25  Redwood Shores, CA 94065                    (415) 875-6600 Tel.
    (650) 802-3000 Tel.                         (415) 875-6700 Fax
26  (650) 802-3100 Fax
    edward.reines@weil.com                      Kevin P.B. Johnson (Bar No. 177129)
27  derek.walter@weil.com                       kevinjohnson@quinnemanuel.com
    christopher.lavin@weil.com                  QUINN EMANUEL URQUHART &
28  sara.townsend@weil.com                      SULLIVAN, LLP

-1-
JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE           Case No. 3:20-cv-01465-WHO

Douglas W. Mcclellan (*pro hac vice*)
Melissa L. Hotze (*pro hac vice*)
Amanda C. Do Couto (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Ste. 1700
Houston, TX 77002
(713) 546-5000 Tel.
(713) 224-9511 Fax
doug.mcclellan@weil.com
melissa.hotze@weil.com
amanda.docouto@weil.com

Andrew P. Gesior (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 Tel.
(212) 310-8007 Fax
andrew.gesior@weil.com

Stephen Bosco (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, Suite 600
Washington, DC 20036
(202) 682-7000 Tel.
(202) 857-0940 Fax
stephen.bosco@weil.com

*Attorneys for Plaintiffs*

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

Anne S. Toker (admitted *pro hac vice*)
annetoker@quinnemanuel.com
Joseph Milowic III (admitted *pro hac vice*)
josephmilowic@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

Derek L. Shaffer (*pro hac vice* pending)
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The initial Case Management Conference is set for October 27, 2020 at 2 p.m.  The Joint Case Management Conference Statement is due October 20, 2020.

DATED: October 9, 2020

_____
WILLIAM H. ORRICK
United States District Court Judge

**ATTESTATION**

I, David Bilsker, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Derek L. Shaffer and Edward R. Reines have concurred in this filing.

DATED: October 8, 2020        By */s/ David Bilsker*
                                 David Bilsker