March 16, 2021

**<u>VIA ELECTRONIC FILING</u>**

Honorable Thomas S. Hixson
United States District Court for the Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Illumina, Inc., et al. v. BGI Genomics Co., Inc. et al.*, Case No. 3:20-cv-01465-WHO

Dear Judge Hixson:

      Pursuant to this Court's Discovery Standing Order, the undersigned counsel attest that the parties met and conferred telephonically in good faith in an attempt to resolve this discovery dispute prior to the filing of this joint letter brief and were unable to resolve this dispute.

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| _/s/ Douglas W. McClellan_ | _/s/ Andrew Naravage_ |
| Douglas W. McClellan | Andrew Naravage |
| | |
| DOUGLAS W. MCCLELLAN (*pro hac vice*) | ANDREW NARAVAGE |
| Email: doug.mcclellan@weil.com | andrewnaravage@ quinnemanuel.com |
| WEIL, GOTSTHAL & MANGES LLP | DAVID BILSKER |
| 700 Louisiana Street, Suite 1700 | davidbilsker@quinnemanuel.com |
| Houston, TX  77002 | DAVID A. PERLSON |
| Tel:  713-546-5000 | davidperlson@quinnemanuel.com |
| Fax: 713-224-9511 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 50 California Street, 22nd Floor |
| Attorney for Plaintiffs/ | San Francisco, California 94111 |
| Counterclaim-Defendants | Telephone: (415) 875-6600 |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD. | Facsimile: (415) 875-6700 |
| | |
| | Attorneys for Defendants/ |
| | Counterclaim-Plaintiffs |
| | BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., AND COMPLETE GENOMICS, INC. |

**I.      PLAINTIFFS' STATEMENT**







II.  **DEFENDANTS' STATEMENT**



Notably, *Illumina's* own 30(b)(6) witness on the accused patterned flow cells in the -3770 case agreed that the "number [of uses] I don't think is something that would be available, even from the best sources internally, without a huge amount of speculation as to their final endpoint applications."  *See* Smith Tr. at 262:5-15.  In addition, Illumina's witness testified that there are

numerous different uses to which Illumina puts its accused products. *See id.* at 262:25-263:5 ("I would have to speculate, but there are a number of possible applications outside of the area of development that I'm familiar with, including things like -- I mentioned self-life [sic] studies, either realtime or extended, manufacturing, troubleshooting, applications such as that . . . ."). Moreover, in parallel interrogatory responses from Case No. 19-cv-970-MN (D. Del.), Illumina refused to provide information on its own internal use of the Illumina accused products in that case. *See* Ex. 5.



whereas Illumina manufactures its accused products in the United States. Additionally, Illumina itself stated in a parallel interrogatory response from the Delaware case that "Illumina does not control the customers' uses of the accused sequencers or reagents." Ex. 5.

WEIL GOTSHAL & MANGES LLP

 /s/ *Douglas W. McClellan*
Douglas W. McClellan

EDWARD R. REINES (Bar No. 135960)
DEREK C. WALTER (Bar No. 246322)
ROBERT S. MAGEE (Bar No. 271443)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com
robert.magee@weil.com

DOUGLAS W. MCCLELLAN (*pro hac vice*)
MELISSA L. HOTZE (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Ste. 1700
Houston, TX 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
doug.mcclellan@weil.com
melissa.hotze@weil.com

ANDREW P. GESIOR (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
andrew.gesior@weil.com

AUDRA SAWYER (Bar No. 324684)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7274
audra.sawyer@weil.com

*Attorneys for Plaintiffs*
ILLUMINA, INC. AND ILLUMINA
CAMBRIDGE LTD.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

 /s/ *Andrew Naravage* _____
Andrew Naravage

ANDREW NARAVAGE
andrewnaravage@quinnemanuel.com
DAVID BILSKER
davidbilsker@quinnemanuel.com
DAVID A. PERLSON
davidperlson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants/
Counterclaim-Plaintiffs
BGI AMERICAS CORP., MGI TECH CO.,
LTD., MGI AMERICAS, INC., AND
COMPLETE GENOMICS, INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Douglas W. McClellan*
Douglas W. McClellan
