| | |
|---|---|
| EDWARD R. REINES (Bar No. 135690)<br>edward.reines@weil.com<br>DEREK C. WALTER (Bar No. 246322)<br>derek.walter@weil.com<br>ROBERT S. MAGEE (Bar No. 271443)<br>robert.magee@weil.com<br>NATE NGEREBARA (Bar No. 317373)<br>nate.ngerebara@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>GARLAND T. STEPHENS (Bar No. 24053910)<br>garland.stephens@weil.com<br>DOUGLAS W. MCCLELLAN (*pro hac vice*)<br>doug.mcclellan@weil.com<br>MELISSA L. HOTZE (*pro hac vice*)<br>melissa.hotze@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br><br>ANDREW P. GESIOR (*pro hac vice*)<br>andrew.gesior@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br><br>AUDRA SAWYER (Bar No. 324684)<br>audra.sawyer@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br><br>Attorneys for Plaintiffs<br>ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD. | DAVID BILSKER (Bar No. 152383)<br>davidbilsker@quinnemanuel.com<br>David A. Perlson (Ca. Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive # 560<br>Redwood City, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>ANNE S. TOKER (*pro hac vice*)<br>annetoker@quinnemanuel.com<br>ROBERT B. WILSON (*pro hac vice*)<br>robertwilson@quinnemanuel.com<br>JOSEPH MILOWIC III (*pro hac vice*)<br>josephmilowic@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>DEREK L. SHAFFER (*pro hac vice*)<br>derekshaffer@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Attorneys for Defendants<br>BGI GENOMICS CO, LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., AND COMPLETE GENOMICS, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. <br> ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BGI GENOMICS CO., LTD., <br> BGI AMERICAS CORP., <br> MGI TECH CO., LTD., <br> MGI AMERICAS, INC., and <br> COMPLETE GENOMICS INC., <br><br> Defendants. | Case No. 3:20-cv-01465-WHO <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** <br><br> Judge: Honorable William H. Orrick |

Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2, and 7-12, Illumina, Inc. and Illumina Cambridge Ltd. ("Plaintiffs") and Defendants BGI Genomics Co. Ltd., BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc. ("Defendants") (collectively, "the Parties") jointly stipulate to extend the deadlines to serve responses and replies to Plaintiffs' Motion to Amend the '025 Infringement Contentions (Dkt. 342) as detailed below.

WHEREAS, Defendants requested and Plaintiffs have agreed to an extension of time for Defendants to respond to Plaintiffs' Motion to Amend the '025 Infringement Contentions (Dkt. 342);

WHEREAS, a hearing on the Motion to Amend is set for May 19, 2021;

WHEREAS, the Court has permitted six previous stipulated extensions to deadlines in this matter. *See* Dkt. Nos. 39, 44, 47, 193, 249, and 340;

WHEREAS, extending the briefing deadlines would not have any further effect on the schedule for this matter;

WHEREAS, the parties are available for the hearing on June 2, 2021 should the Court wish to reset the hearing date;

Now therefore, the Parties, through the undersigned counsel, jointly request that the briefing schedule be extended as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Response to Motion to Amend | April 27, 2021 | May 3, 2021 |
| Reply | May 4, 2021 | May 14, 2021 |

IT IS SO STIPULATED.

Dated: April 27, 2021

By: ___*/s/ Melissa L. Hotze*___          By: ___*/s/ David A. Perlson*___

Edward R. Reines (Bar No. 135960)        David Bilsker (Bar No. 152383)

| | |
|---|---|
| Derek C. Walter (Bar No. 246322)<br>Robert S. Magee (Bar No. 271443)<br>Nate Ngerebara (Bar No. 317373)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000 Tel.<br>(650) 802-3100 Fax<br>edward.reines@weil.com<br>derek.walter@weil.com<br>robert.magee@weil.com<br>nate.ngerebara@weil.com<br><br>Garland T. Stephens (Bar No. 24053910)<br>Douglas W. Mcclellan (*pro hac vice*)<br>Melissa L. Hotze (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Ste. 1700<br>Houston, TX 77002<br>(713) 546-5000 Tel.<br>(713) 224-9511 Fax<br>garland.stephens@weil.com<br>doug.mcclellan@weil.com<br>melissa.hotze@weil.com<br><br>Andrew P. Gesior (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000 Tel.<br>(212) 310-8007 Fax<br>andrew.gesior@weil.com<br><br>Audra Sawyer (Bar No. 324684)<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, Suite 600<br>Washington, DC 20036<br>(202) 682-7000 Tel.<br>(202) 857-0940 Fax<br>audra.sawyer@weil.com<br><br>*Attorneys for Plaintiffs* | davidbilsker@quinnemanuel.com<br>David A. Perlson (Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 Tel.<br>(415) 875-6700 Fax<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000 Tel.<br>(650) 801-5100 Fax<br><br>Anne S. Toker (*pro hac vice*)<br>annetoker@quinnemanuel.com<br>Robert B. Wilson (*pro hac vice*)<br>robertwilson@quinnemanuel.com<br>Joseph Milowic III (*pro hac vice*)<br>josephmilowic@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 Tel.<br>(212) 849-7100 Fax<br><br>Derek L. Shaffer (*pro hac vice*)<br>derekshaffer@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000 Tel.<br>(202) 538-8100 Fax<br><br>*Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing is continued until June 2, 2021 at 2 p.m.**

DATED:  April 28, 2021

WILLIAM H. ORRICK
United States District Court Judge

## **ATTESTATION**

I, David Perlson, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Melissa L. Hotze has concurred in this filing.

DATED: April 27, 2021       By */s/ David A. Perlson*
                               David A. Perlson