[Attorneys listed in signature block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS INC., <br><br> Defendants. <br><br> COMPLETE GENOMICS INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., and ILLUMINA CAMBRIDGE LTD., <br><br> Counterclaim-Defendants. | Case No. 3:19-cv-03770-WHO <br> Case No. 3:20-cv-01465-WHO <br><br> **DECLARATION OF NATE NGEREBARA IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF A PERMANENT INJUNCTION** <br><br> Judge William H. Orrick <br><br> Date: March 2, 2022 <br> Time: 2:00 PM |

**NGEREBARA DECLARATION ISO PLAINTIFFS' REPLY ISO MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

CASE NO. 3:19-CV-03770-WHO
CASE NO. 3:20-CV-01465-WHO

I, Nate Ngerebara, declare:

1. My name is Nate Ngerebara. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Plaintiffs Illumina, Inc. and Illumina Cambridge LTD. ("Illumina") in the above-captioned matters. I have personal knowledge of the matters stated below, and if called upon to do so, could and would testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of David Smith, Ph.D., taken April 20, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Rade Drmanac, Ph.D., taken August 3, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Snezana Drmanac, MD, taken March 16, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Dr. John D. Sutherland, taken April 15, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Charles Bao, Ph.D., taken March 19, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Jingjing Wang, Ph.D., taken March 25, 2021.

8. Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 1002 to the deposition of Rade Drmanac, Ph.D., taken August 3, 2021.

| | | |
|---|---|---|
| 1 | Date: February 16, 2022 | Respectfully submitted, |
| 2 | |    */s/ Nate Ngerebara* |
| 3 | | EDWARD R. REINES (Bar No. 135960) |
| | | DEREK C. WALTER (Bar No. 246322) |
| 4 | | NATE NGEREBARA (Bar No. 317373) |
| | | MELINDA ROOT (Bar No. 334485) |
| 5 | | WEIL, GOTSHAL & MANGES LLP |
| | | 201 Redwood Shores Parkway |
| 6 | | Redwood Shores, CA 94065 |
| | | Tel: (650) 802-3000 |
| 7 | | Fax: (650) 802-3100 |
| | | edward.reines@weil.com |
| 8 | | derek.walter@weil.com |
| | | nate.ngerebara@weil.com |
| 9 | | melinda.root@weil.com |
| 10 | | ANDREW P. GESIOR (*pro hac vice*) |
| | | WEIL, GOTSHAL & MANGES LLP |
| 11 | | 767 Fifth Avenue |
| | | New York, NY 10153 |
| 12 | | Telephone: (212) 310-8000 |
| | | Facsimile: (212) 310-8007 |
| 13 | | andrew.gesior@weil.com |
| 14 | | AUDRA SAWYER (Bar No. 324684) |
| | | WEIL, GOTSHAL & MANGES LLP |
| 15 | | 2001 M Street NW, Suite 600 |
| | | Washington, DC 20036 |
| 16 | | Telephone: (202) 682-7274 |
| | | audra.sawyer@weil.com |
| 17 | | |
| 18 | | *Attorneys for Plaintiffs* |
| | | ILLUMINA, INC. AND ILLUMINA |
| | | CAMBRIDGE LTD. |