| | |
|---|---|
| EDWARD R. REINES (Bar No. 135690) | DAVID BILSKER (Bar No. 152383) |
| edward.reines@weil.com | davidbilsker@quinnemanuel.com |
| DEREK C. WALTER (Bar No. 246322) | David A. Perlson (Ca. Bar No. 209502) |
| derek.walter@weil.com | davidperlson@quinnemanuel.com |
| NATE NGEREBARA (Bar No. 317373) | QUINN EMANUEL URQUHART & |
| nate.ngerebara@weil.com | SULLIVAN, LLP |
| WEIL, GOTSHAL & MANGES LLP | 50 California Street, 22nd Floor |
| 201 Redwood Shores Parkway | San Francisco, CA 94111 |
| Redwood Shores, CA 94065 | Telephone: (415) 875-6600 |
| Telephone: (650) 802-3000 | Facsimile: (415) 875-6700 |
| Facsimile: (650) 802-3100 | |

[Additional counsel listed on signature page]

ANDREW P. GESIOR (*pro hac vice*)
andrew.gesior@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants
BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., AND COMPLETE GENOMICS, INC.

AUDRA SAWYER (Bar No. 324684)
audra.sawyer@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, Suite 600
Washington, DC 20036
Telephone: (202) 682-7274

Attorneys for Plaintiffs
ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. ILLUMINA CAMBRIDGE LTD., | Case Nos. 3:19-cv-03770-WHO<br>3:20-cv-01465-WHO |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO DEFER CONSIDERATION OF COSTS UNTIL RESOLUTION OF APPEAL** |
| v. | |
| BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS INC., | Judge: Honorable William H. Orrick |
| Defendants. | |

# STIPULATION

The parties in the above-captioned case, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Illumina filed a Bill of Costs on April 25, 2022 (Dkt. 633)[1];

WHEREAS, the parties agreed to and the Court thereafter granted a two-week extension of time for Defendants to object to Illumina's Bill of Costs, to give the parties time to meet and confer to further narrow the issues before the Court (Dkts. 637, 638);

WHEREAS, the parties met and conferred and have agreed to defer consideration of issues and objections relating to Illumina's Bill of Costs pending the outcome of the appeals arising from this case, currently pending before the United States Court of Appeals for the Federal Circuit, Case No. 22-1733;

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the parties jointly request that the Court reserve all issues relating to Illumina's Bill of Costs pending the outcome of any appeals, and the deadlines for filing such motions shall be set by the Court, upon application by the parties, after a mandate is issued by the United States Court of Appeals for the Federal Circuit.

IT IS SO STIPULATED.

Dated: May 23, 2022

By: _Edward R. Reines_

Edward R. Reines (Bar No. 135960)
Derek C. Walter (Bar No. 246322)
Nate Ngerebara (Bar No. 317373)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000 Tel.
(650) 802-3100 Fax
edward.reines@weil.com
derek.walter@weil.com
nate.ngerebara@weil.com

Andrew P. Gesior (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue

By: _David Bilsker_

David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
David A. Perlson (Ca. Bar No. 209502)
davidperlson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

Andrew Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP

---

[1] All citations to the docket herein refer to Case No. 3:19-cv-1465-WHO unless otherwise noted.

| | | |
|---|---|---|
| 1 | New York, NY 10153<br>(212) 310-8000 Tel. | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 2 | (212) 310-8007 Fax<br>andrew.gesior@weil.com | (650) 801-5000 Tel.<br>(650) 801-5100 Fax |
| 3 | | |
| 4 | Audra Sawyer (Bar No. 324684)<br>audra.sawyer@weil.com | Anne S. Toker (*pro hac vice*)<br>annetoker@quinnemanuel.com |
| 5 | WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600 | Robert B. Wilson (*pro hac vice*)<br>robertwilson@quinnemanuel.com |
| 6 | Washington, DC 20036<br>Telephone: (202) 682-7274 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 7 | *Attorneys for Plaintiffs Illumina, Inc. and* | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 |
| 8 | *Illumina Cambridge Ltd.* | (212) 849-7000 Tel.<br>(212) 849-7100 Fax |
| 9 | | Derek L. Shaffer (*pro hac vice*) |
| 10 | | derekshaffer@quinnemanuel.com<br>QUINN EMANUEL URQUHART & |
| 11 | | SULLIVAN, LLP<br>1300 I Street NW, Suite 900 |
| 12 | | Washington, D.C. 20005<br>(202) 538-8000 Tel. |
| 13 | | (202) 538-8100 Fax |
| 14 | | *Attorneys for Defendants BGI Genomics Co.,*<br>*Ltd., BGI Americas Corp., MGI Tech Co., Ltd.,* |
| 15 | | *MGI Americas, Inc., and Complete Genomics,*<br>*Inc.* |

**ORDER**

The Court has considered the above Stipulation, and for good cause appearing therefor, the Court hereby ORDERS as follows:

IT IS ORDERED that all issues and objections relating to Illumina's Bill of Costs are reserved pending the outcome of any appeals, and the deadlines for filing such motions shall be set by the Court, upon application by the parties, after a mandate is issued by the United States Court of Appeals for the Federal Circuit.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE WILLIAM H. ORRICK
United States District Court Judge

**ATTESTATION**

I, David Bilsker, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Edward R. Reines has concurred in this filing.

Dated: May 23, 2022

By: *David Bilsker*
David Bilsker